IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-mj-00135-KHR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HERMES CARRILLO-JOVES,

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 10th day of August, 2022.

    COLE FINEGAN
    United States Attorney

By:     *s/Robert Brown*
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: Robert.Brown5@usdoj.gov
    Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Elaina Wohr*
  Legal Assistant
  United States Attorney's Office