IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-mj-00135-KHR

UNITED STATES OF AMERICA,

  Plaintiff,

v.

HERMES CARRILLO-JOVES,

  Defendant.
_____

**NOTICE OF APPEARANCE**
_____

  The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

          Respectfully submitted,

          VIRGINIA GRADY
          Federal Public Defender


          s/ Stephanie Snyder
          Stephanie Snyder
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Stephanie_Snyder@fd.org
          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant United States Attorney
    Email:  Martha.paluch@usdoj.gov

Robert M. Brown, Assistant United States Attorney
    Email:  Robert.Brown5@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Hermes Carillo-Joves    *via U.S. mail*

    s/ Stephanie Snyder
    Stephanie Snyder
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX: (303) 294-1192
    Stephanie_Snyder@fd.org
    Attorney for Defendant